LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 13281
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| YVONN HEDMAN, an individual, | CASE NO.: 2:17-cv-02559-JAD-NJK |
| Plaintiff, | |
| v. | |
| ALBERTSONS LLC, a Foreign Limited Liability Company; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER
## TO DISMISS PUNITIVE DAMAGES WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ. and MATTHEW WHITTAKER, ESQ. of MORAN BRANDON BENDAVID MORAN, on behalf of Defendant, ALBERTSONS, LLC and BRIAN D. NETTLES, ESQ., WILLIAM R. KILLIP, JR., ESQ. and JENNIFER PETERSON, ESQ. of the NETTLES LAW FIRM, on behalf of Plaintiff, YVONN HEDMAN, that the punitive damages claim be dismissed without prejudice in the above entitled matter.

IT IS FURTHER STIPULATED AND AGREED TO that should discovery reveal that ALBERTSONS, LLC had any punitive damages behavior in any way in the subject incident, Plaintiff may amend her Complaint to include punitive damages back into this lawsuit. Further, any such amendment will relate back to the filing of the original Complaint for all purposed, including the statute of limitations.

DATED this 16 day of October, 2017

| NETTLES LAW FIRM | MORAN LAW FIRM, LLC |
|---|---|
| **BRIAN D. NETTLES, ESQ.** | **LEW BRANDON, JR., ESQ.** |
| Nevada Bar No. 7462 | Nevada Bar No.: 5880 |
| **WILLIAM R. KILLIP, JR., ESQ.** | **MATTHEW WHITTAKER, ESQ.** |
| Nevada Bar No. 3660 | Nevada Bar No. 13281 |
| **JENNIFER PETERSON, ESQ.** | 630 S. Fourth Street |
| Nevada Bar No. 11242 | Las Vegas, Nevada 89101 |
| 1389 Galleria Drive, Suite 200 | Attorneys for Defendant, |
| Henderson, Nevada 89014 | ALBERTSONS, LLC |
| Attorneys for Plaintiff, | |
| YVONN HEDMAN | |

**IT IS SO ORDERED** that the punitive damages claim be dismissed without prejudice in the above entitled matter.

///

///

///

///

IT IS FURTHER ORDERED that should discovery reveal that ALBERTSONS, LLC had any punitive damages behavior in any way in the subject incident, Plaintiff may amend her Complaint to include punitive damages back into this lawsuit. Further, any such amendment will relate back to the filing of the original Complaint for all purposed, including the statute of limitations.

Dated: October 23, 2017.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*
**MORAN BRANDON BENDAVID MORAN**

_____
**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**LEW BRANDON, JR., ESQ.**
Nevada Bar No.: 5880
**MATTHEW WHITTAKER, ESQ.**
Nevada Bar No. 13281
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC