BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
WILLIAM R. KILLIP, JR., ESQ.
Nevada Bar No. 3660
JENNIFER A. PETERSON, ESQ
Nevada Bar No. 11242
NETTLES LAW FIRM
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
brian@nettleslawfirm.com
bill@nettleslawfirm.com
jennifer@nettleslawfirm.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| YVONN HEDMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERTSON'S, LLC, a Foreign Limited Liability Company; DOE INDIVIDUALS 1 through 10; ROE CORPORATIONS 11 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-02559-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINE DATES (FIRST REQUEST)** |

COME NOW, Plaintiff YVONN HEDMAN, by and through her attorneys BRIAN D. NETTLES, ESQ., and WILLIAM R. KILLIP, JR., ESQ., and JENNIFER A. PETERSON, ESQ., of the NETTLES LAW FIRM; and Defendant ALBERTSON'S, LLC, by and through its attorneys LEW BRANDON, JR., ESQ., and MATTHEW WHITTAKER, ESQ., of MORAN BRANDON BENDAVID MORAN, and hereby submit the following Stipulation pursuant to Local Rule 26-4. Based upon the following, the Parties request this Court extend all discovery

deadlines by sixty (60) days.  This request is made in good faith and not to unduly delay the proceedings.

I. **Local Rule 6-1**

Under LR 6-1(b) every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

    a. **The Requirement of Local Rule 6-1 Are Satisfied**

This is the first request for extension filed by the parties.  The parties are seeking this extension in order to complete additional discovery that could not be completed during the time allotted.

II. **Local Rule 26-4(a)**

Under LR 26-4(a) a statement specifying the Discovery completed:

a. Initial disclosures have been exchanged between all parties;

b. Written discovery has been expedited;

c. Defendant has scheduled the Custodian of Records Depositions for January 5, 2018, at 8:00 a.m. for the following treating providers:

    1. St. Rose Dominican Hospital – Rose De Lima Campus;

    2. Fremont Emergency Services;

    3. Radiology Associates of Nevada;

    4. Advanced Pain Management;

    5. ATI Physical Therapy;

    6. Valley View Surgery Center;

    7. Steinberg Diagnostic Medical Imaging Centers;

    8. United Toxicology, LLC

    9. Next Step Medical;

    10. Advanced Orthopedics and Sport Medicine; and

    11. Parkway Surgery Center.

…

…

*NETTLES LAW FIRM*
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

d. Defendant has scheduled Plaintiff's Deposition for January 17, 2018;

e. Plaintiff has scheduled the deposition of Maria Ramirez, Defendant's employee, for February 6, 2018 at 10:00 a.m.; and

f. Plaintiff has scheduled the deposition of witness Marsha Prince for February 6, 2018, at 1:00 p.m.

## III. Local Rule 26-4(b)

Under LR 26-4(b) a specific description of the Discovery that remains to be completed:

a. The remaining Discovery to be completed is Plaintiff's deposition, FRCP 30(b)(6) depositions of Defendant, Deposition of Defendant's employees, depositions of treating physicians, and disclosure and depositions of the experts.

## IV. Local Rule 26-4(c)

Under LR 26-4(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:

a. Due to various scheduling conflicts, it has been impossible to conduct depositions which must be completed prior to the disclosure of experts. Additionally, Plaintiff's counsel has a trail in District Court, scheduled for January 22, 2018 (*Zavala vs. Quesada*; Case No. A-14-699223-C), which will limit the parties' ability to reschedule depositions prior to the expert disclosure deadline.

## V. Local Rule 26-4(d)

Under LR 26-4(d) a proposed schedule for completing all remaining Discovery:

a. Discovery cutoff dates:

    Current date:    March 30, 2018

    Proposed date:    May 29, 2018

b. ~~Amending the Pleadings and Adding Parties:~~    **DENIED.** See Local Rule 26-4.

    ~~Current date:~~     ~~December 29, 2017~~

    ~~Proposed date:~~     ~~February 27, 2018~~

…

…

*NETTLES LAW FIRM*
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

NETTLES LAW FIRM
1389 Galleria Drive Suite 200
Henderson, NV 89014
(702) 434-8282 / (702) 434-1488 (fax)

    c. Disclosures of Experts:

        i. Initial expert disclosures:

            Current date:     January 29, 2018

            Proposed date:     March 30, 2018

        ii. Rebuttal expert disclosures:

            Current date:     February 28, 2018

            Proposed date:     April 30, 2018

    d. Interim Status Report:

        Current date:     January 29, 2018

        Proposed date:     March 30, 2018

    e. Dispositive Motions:

        Current date:     April 30, 2018

        Proposed date:     June 29, 2018

    f. Joint Pre-Trial Order:

        Current date:     May 30, 2018

        Proposed date:     July 30, 2018

Therefore, good cause existing, counsel jointly request that this Honorable Court allow them the above proposed extended Discovery dates.

DATED this 9th day of January, 2018.     DATED this 9th day of January, 2018.

NETTLES LAW FIRM     MORAN BRANDON BENDAVID MORAN

By: _/s/ Jennifer A. Peterson_     By: _/s/ Matthew Whittaker_
JENNIFER A. PETERSON, ESQ.     MATTHEW WHITTAKER, ESQ.
Nevada Bar No. 11242     Nevada Bar No. 13281
1389 Galleria Drive, Suite 200     630 South Fourth Street
Henderson, Nevada 89014     Las Vegas, Nevada 89101
*Attorney for Plaintiff*     *Attorney for Defendant*

**ORDER**

Upon stipulation of counsel and good cause appearing therefore:

**IT IS HERBY ORDERED** that the *Stipulation and Order to Extend Discovery Deadline Dates (First Request)* is hereby approved , except as to the deadline to amend.

DATED January 10 _____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

NETTLES LAW FIRM

By: */s/ Jennifer A. Peterson*
JENNIFER A. PETERSON, ESQ.
Nevada Bar No. 11242
1389 Galleria Drive, Suite 200
Henderson, Nevada 89014
*Attorney for Plaintiff*