# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YVONN HEDMAN,

    Plaintiff(s),

v.

ALBERTSON'S, LLC,

    Defendant(s).

Case No.: 2:17-cv-02559-JAD-NJK

**Order**

[Docket No. 20]

Pending before the Court is a motion to take an out-of-state deposition. Docket No. 20. This motion fails for several threshold issues. First, the only legal authority cited are state rules of procedure, but this Court applies the Federal Rules of Civil Procedure with respect to discovery. Second, discovery in this case has been closed for months. *See* Docket No. 16 (setting discovery cutoff of July 30, 2018). Accordingly, the motion is hereby **DENIED**.

IT IS SO ORDERED.

Dated: October 2, 2018

                                  Nancy J. Koppe
                                  United States Magistrate Judge