# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

YVONN HEDMAN,

    Plaintiff(s),

v.

ALBERTSON'S, LLC,

    Defendant(s).

Case No.: 2:17-cv-02559-JAD-NJK

**Order**

The parties were ordered to file a joint proposed pretrial order by September 28, 2018. Docket No. 16 at 4. They failed to do so. Accordingly, the parties are **ORDERED** to file a joint proposed pretrial order by October 9, 2018.

IT IS SO ORDERED.

Dated: October 2, 2018

_____
Nancy J. Koppe
United States Magistrate Judge